(136 So. 848)

## Nero FELDER v. STATE.
### 3 Div. 982.

Supreme Court of Alabama.
Oct. 8, 1931.

John A. Sankey, of Montgomery, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

FOSTER, J.

Petition of Nero Felder for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Felder v. State, 136 So. 847.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

(136 So. 840)

## James HERN, alias, etc., v. STATE.
### 8 Div. 326.

Supreme Court of Alabama.
Oct. 8, 1931.

Almon & Almon, of Decatur, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of James, alias Joe, Hern for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hern v. State, 136 So. 838.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.